UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

GREAT LAKES REINSURANCE
(UK)PLC,

    *Plaintiff,*

    v.

ELAINE Y. ROSIN et al,

    *Defendants,*
_____/

CASE NO. 08-60399-CIV-JORDAN

Magistrate Judge McAliley

SUPPLEMENTAL AFFIDAVIT IN
SUPPPORT OF PLAINTIFF'S MOTION
FOR SUMMARY JUDGMENT

COUNTY OF WEST YORKSHIRE    )
    )  ss:
UNITED KINGDOM    )

    B.A. Usher, being duly sworn, deposes and says:

    1. As previously noted, I acted as Managing Director for T.L. Dallas (Special Risks) Ltd. with responsibility for the entire department and for all personnel involved in the yacht & pleasure boat account, and the small commercial craft account, which the company wrote on behalf of Great Lakes Reinsurance (UK) plc during the time that Policy No. 200/658/91059 was issued to Elaine Rosin.

    2. I have direct and personal knowledge as to the facts which are submitted herewith in further support of the summary judgment motion which counsel for Great Lakes Reinsurance (UK) plc has submitted to this Court.

    3. Great Lakes Reinsurance (UK) plc is a corporation or other business entity duly organized and existing under and by

1

virtue of the laws of the United Kingdom with its principal place of business in the United Kingdom. Great Lakes Re is a "surplus lines" insurer approved in all states of the United States with the exceptions of Massachusetts and New Hampshire.

4. New York was the first state in which Great Lakes Re was approved as a surplus lines carrier.

5. Great Lakes Re's Policy No. 200/658/91059 contains a Choice of Law clause whereby any and all disputes are to be adjudicated according to well established, entrenched principles and precedents of substantive United States Federal Admiralty law and practice but where no such well established, entrenched precedent exists, the laws of the state of New York shall be applied.

6. Great Lakes Re's agent for service of process is domiciled in New York, as is expressly stated in the marine insurance policy.

7. Great Lakes Re maintains its United States Trust Fund account in the state of New York.

8. As an alien business entity, Great Lakes Re's most substantial relationship in the United States is with the state of New York.

9. Great Lakes Re's Policy No. 200/658/91059 was issued with navigational limits allowing operation of the insured vessel all along the entire "East Coast USA, Gulf of Mexico, Florida & the Bahamas - Not to exceed 75 miles offshore."

FURTHER YOUR AFFIANT SAYETH NAUGHT

_____
B.A. USHER

Sworn before me this 15th
day of April 2009 at Ilkley
in the county of West Yorkshire

_____
A solicitor

MAXINE S WORRALL
PARTNER
Walker Foster
27 Riddings Road
Ilkley
West Yorkshire
LS29 9LX

3