UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 08-60399-CIV-JORDAN

| | |
|---|---|
| GREAT LAKES REINSURANCE (UK), PLC, | ) ) ) |
| Plaintiff | ) ) |
| vs. | ) ) |
| ELAINE Y. ROSIN and BANK OF THE WEST, | ) ) ) |
| Defendants | ) ) |
| ELAINE Y. ROSIN, | ) ) ) |
| Third Party Plaintiff | ) ) |
| vs. | ) ) |
| T.L. DALLAS (SPECIAL RISKS) LTD. | ) ) |
| Third Party Defendant | ) ) |

**ORDER DENYING GREAT LAKES' MOTION FOR RECONSIDERATION & SETTING TRIAL DATE**

Following oral argument, and a review of the record, Great Lakes' motion for reconsideration/clarification [D.E. 65] of the order denying summary judgment is DENIED.

Notwithstanding the decision in *Great Lakes Reinsurance (UK) v. Marine Concepts, Inc.,* 2008 WL 6523861, *2 (S.D. Tex. 2008), I conclude that the supplemental affidavit of B.A. Usher [D.E. 50] – which I had overlooked in the summary judgment order – is too conclusory in light of the other record evidence (e.g., Mr. Usher's deposition testimony about Great Lakes' dealings in the United States and contacts with New York [D.E. 25, Exh. 1 at 19, 26-27]) to call for application of New York law as a matter of law pursuant to the choice of law clause. As to the other matters raised by Great Lakes in its motion, I adhere to my prior views in denying summary judgment to both sides.

Trial is set for the 2-week period beginning October 12, 2009.  Calendar call will be held on October 6, 2009, at 9:00 a.m.

DONE and ORDERED in chambers in Miami, Florida, this 22nd day of August, 2009.

_____
Adalberto Jordan
United States District Judge

Copy to:   All counsel of record